United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 24, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| LION RIBBON TEXAS CORP., *et al.*[1] | Case No. 25-90164 (CML) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING SIXTH OMNIBUS OBJECTION TO CLAIMS**

Upon the objection (the "**Objection**")[2] of the Liquidating Trustee in the above-captioned Chapter 11 Cases, for entry of an order pursuant to section 502(a) of the Bankruptcy Code, Bankruptcy Rule 3007, Local Bankruptcy Rule 3007-1 and Objection Procedures Order, reducing, reclassifying, disallowing and/or expunging the Disputed Claims listed on the exhibits annexed to this Order, all as more fully set forth in the Objection; and this Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Objection; and upon any hearing held on the Objection; and all Responses, if any, to the Objection have been withdrawn, resolved, or overruled;

---

1 A complete list of each of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DGA. The Debtors' mailing address for the purposes of these cases is 2015 West Front Street, Berwick, PA 18603.

2 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection or the Plan (as defined in the Objection), as applicable.

and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and it appearing that the relief requested in the Objection is in the best interests of the Trust and Liquidating Trust Beneficiaries; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Objection is granted as set forth herein.

2. Each Reduced Claim identified in **Exhibit 1** annexed hereto is reduced for all purposes in the Chapter 11 Cases, and such modifications shall be reflected in the Claims Register.

3. Each Reduced & Reclassified Claim identified in **Exhibit 2** annexed hereto is reduced and reclassified for all purposes in the Chapter 11 Cases, and such reductions and reclassifications shall be reflected on the Claims Register.

4. Each Reclassified Claim identified in **Exhibit 3** annexed hereto is reclassified for all purposes in the Chapter 11 Cases, and such modifications shall be reflected on the Claims Register.

5. Each No Liability Claim identified in **Exhibit 4** annexed hereto is disallowed in its entirety for all purposes in the Chapter 11 Cases and shall be expunged from the Claims Register.

6. Nothing herein shall constitute an admission or finding concerning the amount or validity of any of the surviving claims identified on **Exhibits 1, 2 and 3** attached hereto.

7. Notwithstanding anything in this Order to the contrary, the hearing on the Objection, solely as it related to the claims (collectively, the "**Adjourned Claims**") of the State of New Hampshire Department of Revenue Administration (the "**NHDRA**"), the Ohio Department

of Taxation (the "**Ohio DOT**"), Disney Consumer Products Inc. ("**Disney**"), David Kimbell, Gary Meyer, and Trudi VanHeuveln identified on Exhibits 1 and/or 4 of the Proposed Order attached to the Objection, as applicable, is adjourned to a date to be determined by the Liquidating Trustee, subject to the Court's availability. The deadline for each of the Ohio DOT and Disney to file any opposition to the Objection regarding its Adjourned Claim will be extended to September 18, 2026 (subject to the Liquidating Trustee's right to further extend such deadline without further order of the Court).

8. To the extent that a Response was filed regarding any Disputed Claim, each such Disputed Claim, and the Objection as it pertains to such Disputed Claim, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each Disputed Claim.

9. Except as expressly provided otherwise, nothing contained in the Objection or this Order or any payment made pursuant to the authority granted by this Order is intended to be or shall be deemed as (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver of the Liquidating Trustee's or any party in interest's rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver or limitation of the Liquidating Trustee's or any party in interest's rights under the Bankruptcy Code or any other applicable non-bankruptcy law, (iv) a waiver of the obligation of any party in interest to file a proof of claim, (v) an agreement or obligation to pay any prepetition claims, or (vi) a waiver of any Claims or Causes of Action that may exist against any creditor or interest holder.

10. The Claims and Noticing Agent is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order, including updating the Claims Register to reflect such relief.

11. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: August 24, 2026

Christopher Lopez
United States Bankruptcy Judge

## Exhibit 1
## Reduced Claims



| | | | Asserted Claim Amount | | Modified Claim Amount | | |
|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Claim Number | Claim Nature | Claim Amount | Claim Nature | Claim Amount | Reason for Modification |
| 1 | City of Memphis | 920 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,258.17<br>$2,258.17 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,796.67<br>$1,796.67 | The Claim is reduced to exclude liabilities in the amount of $461.50, which have no basis in the Debtors' Books and Records, as the Claim asserts amounts owed after the Debtors vacated the property. |
| 2 | Massachusetts Department of Revenue | 8 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$11,777.04<br>$3,505.34<br>$15,282.38 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$3,283.34<br>$0.00<br>$3,283.34 | The Claim is reduced to exclude liabilities in the amount of $11,999.04, which have no basis in the Books and Records, as the Claim asserts withholding tax and family leave liabilities for the period from 2020 to 2025, but Simplicity Creative Corp. did not have employees in MA since 2019. |
| 3 | OneTeam Partners, LLC c/o MLSPA | 752 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$35,000.00<br>$35,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$30,000.00<br>$30,000.00 | The Claim is reduced to exclude liabilities in the amount of $5,000 for obligations that have been satisfied by the Debtors. |
| 4 | SC Department of Revenue | 264 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $200.68<br>$0.00<br>$0.00<br>$507.05<br>$82.50<br>$790.23 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $200.68<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$200.68 | The Claim is reduced to exclude liabilities in the amount of $589.55, which have no basis in the Books and Records, as the Claim asserts withholding tax liabilities for 2024, but CSS Industries, Inc. did not have employees after 2023. |
| 5 | State of NJ Division of Taxation Bankruptcy Unit | 288 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$65,500.00<br>$90,000.00<br>$155,500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,000.00<br>$0.00<br>$15,000.00 | The Claim is reduced to exclude liabilities in the amount of $140,500.00, which have been either satisfied by the Debtors or have no basis in the Books and Records. |

## Exhibit 1
## Reduced Claims

| # | Name of Claimant | Claim Number | Asserted Claim Amount | | Modified Claim Amount | | Reason for Modification |
|---|---|---|---|---|---|---|---|
| | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 6 | Warner Bros. Consumer Products, Inc. | 726 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$135,394.52<br>$135,394.52 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$109,080.18<br>$109,080.18 | The Claim is reduced to exclude liabilities in the amount of $26,314.30 that have no basis in the Books and Records. |

| | | | | | |
|---|---|---|---|---|---|
| **Total Claims To Be Reduced** | 6 | Secured | $200.68 | Secured | $200.68 |
| | | Admin | $0.00 | Admin | $0.00 |
| | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 |
| | | Priority | $77,784.09 | Priority | $18,283.34 |
| | | GUC | $266,240.53 | GUC | $140,876.85 |
| | | Total | $344,225.30 | Total | $159,360.87 |

# Exhibit 2

## Reduced and Reclassified Claims

| | | | Asserted Claim Amount | | Modified Claim Amount | | |
|---|---|---|---|---|---|---|---|
| **#** | **Name of Claimant** | **Claim Number** | **Claim Nature** | **Claim Amount** | **Claim Nature** | **Claim Amount** | **Reason for Modification** |
| 1 | Gib Carson Associates | 423 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$134,300.83<br>$12,199.00<br>$146,499.83 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$53,950.32<br>$53,950.32 | According to the Books and Records, the liability asserting administrative priority under 11 U.S.C §507(a)(4) has no legal basis. Additionally, the Claim is reduced in the amount of $92,549.51 to exclude liabilities that were satisfied or have no basis in the Books and Records. |
| 2 | OneCoast LLC | 818 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$17,150.00<br>$2,530.26<br>$19,680.26 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,869.46<br>$15,869.46 | According to the Debtors' Books and Records, the liability asserting administrative priority under 11 U.S.C §507(a)(4) has no legal basis. Additionally, the Claim is reduced in the amount of $3,810.81 to exclude liabilities that have no basis in the Books and Records. |
| | **Total Claims To Be Modified** | 2 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$151,450.83<br>$14,729.26<br>$166,180.09 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$69,819.78<br>$69,819.78 | |

# Exhibit 3
## Reclassified Claim

| | | | Asserted Claim Amount | | Modified Claim Amount | | |
|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Claim Number | Claim Nature | Claim Amount | Claim Nature | Claim Amount | Reason for Modification |
| 1 | Pacific Four Sales Associates of Washington | 966 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$17,150.00<br>$4,335.55<br>$21,485.55 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$21,485.55<br>$21,485.55 | According to the Books and Records, the liability asserting administrative priority under 11 U.S.C §507(a)(4) has no legal basis. |

| | | | | | |
|---|---|---|---|---|---|
| **Total Claims To Be Modified** | 1 | Secured | $0.00 | Secured | $0.00 |
| | | Admin | $0.00 | Admin | $0.00 |
| | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 |
| | | Priority | $17,150.00 | Priority | $0.00 |
| | | GUC | $4,335.55 | GUC | $21,485.55 |
| | | Total | $21,485.55 | Total | $21,485.55 |

## Exhibit 4

## No Liability Claims

| | | | Asserted Claim Amount | | Modified Claim Amount | | |
|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Claim Number | Claim Nature | Claim Amount | Claim Nature | Claim Amount | Reason for Modification |
| 1 | Arkansas Department of Finance and Administration | 129 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$2,183.02<br>$650.00<br>$2,833.02 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The withholding tax liabilities for 2023 and 2024 asserted in the Claim do not have a basis in the Books and Records, as the Debtors had no employees in Arkansas since 2022. |
| 2 | Department of Treasury - Internal Revenue Service | 981 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$100.00<br>$0.00<br>$100.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The Debtors dispute the 2024 unemployment tax liabilities asserted in the Claim, because there has been no payroll under Berwick Management since 5/28/2020. |
| 3 | Department of Treasury - Internal Revenue Service | 982 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$968,648.82<br>$0.00<br>$968,648.82 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The Debtors dispute the estimated withholding tax liabilities for 2025 asserted in the Claim, because the last payroll taxes filed under Berwick Offray were for 12/31/24. Lion Ribbon and IG Design were the only entities filing payroll from 1/1/25. |
| 4 | Department of Treasury - Internal Revenue Service | 1002 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$362,314.35<br>$362,314.35 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The 2020 withholding tax liabilities asserted in the Claim do not have a basis in the Books and Records, as the Debtors do not process payroll under this FEIN. |
| 5 | Fort Bend Independent School District | 133 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $1,168.20<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,168.20 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The Debtors are not liable for the 2025 property tax liabilities asserted in the Claim, because the claim is filed against Tom Lange Company, which is not a Debtor. |

# Exhibit 4
## No Liability Claims

| | | | Asserted Claim Amount | | Modified Claim Amount | | |
|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Claim Number | Claim Nature | Claim Amount | Claim Nature | Claim Amount | Reason for Modification |
| 6 | Indiana Department of Revenue | 84 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $1,594.76<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,594.76 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The 2019 withholding tax liabilities asserted in the Claim do not have a basis in the Books and Records, as the Debtors do not process payroll under The Lang Companies, Inc. |
| 7 | Massachusetts Department of Revenue | 185 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$1,007.33<br>$234.00<br>$1,241.33 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The Debtors dispute the 2023 to 2025 withholding tax liabilities asserted in the Claim, because there was no payroll processed after 2022 under Lion Ribbon Company, LLC. |
| 8 | Missouri Department of Revenue | 17 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$90,796.28<br>$16,863.06<br>$107,659.34 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The 2018 vendor use tax liabilities asserted in the Claim do not have a basis in the Books and Records, as Simplicity Creative Corp. has never filed sales and use tax in Missouri. |
| 9 | NM Taxation & Revenue Department | 898 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$75.70<br>$181.20<br>$256.90 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The 2018 withholding tax liability and 2018 to 2025 penalties asserted in the Claim do not have a basis in the Books and Records, as Simplicity Creative Corp. did not have employees in New Mexico. |
| 10 | NM Taxation & Revenue Department | 941 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$145.00<br>$145.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The penalties for non-filed gross receipt returns for September 2021 to June 2025 and non-filed wage withholding for June 2022 to June 2025 asserted in the Claim do not have a basis in the Books and Records, as Lion Ribbon Company, LLC did not have employees in New Mexico. |
| 11 | State of NJ Division of Taxation Bankruptcy Unit | 150 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$52,500.00<br>$0.00<br>$52,500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The Debtors dispute the 2020 to 2025 withholding tax liabilities asserted in the Claim, because Berwick Offray LLC did not have employees in NJ since 2017. |

**Exhibit 4**

**No Liability Claims**

| # | Name of Claimant | Claim Number | Asserted Claim Amount: Claim Nature | Asserted Claim Amount: Claim Amount | Modified Claim Amount: Claim Nature | Modified Claim Amount: Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 12 | State of NJ Division of Taxation Bankruptcy Unit | 161 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$60,000.00<br>$0.00<br>$60,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The 2020 to 2025 withholding tax and 2022 to 2024 sales and use tax liabilities asserted in the Claim do not have a basis in the Books and Records as C.R. Gibson, LLC did not have a registered sales and use account for New Jersey, and did not have employees after 2020. |
| 13 | State of NJ Division of Taxation Bankruptcy Unit | 320 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$18,500.00<br>$0.00<br>$18,500.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | The 2016 to 2025 withholding tax liabilities asserted in the Claim do not have a basis in the Books and Records, as the Debtors did not process payroll under this FEIN. |

| | | | | | |
|---|---|---|---|---|---|
| **Total Claims To Be Modified** | 13 | Secured | $2,762.96 | Secured | $0.00 |
| | | Admin | $0.00 | Admin | $0.00 |
| | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 |
| | | Priority | $1,193,811.15 | Priority | $0.00 |
| | | GUC | $380,387.61 | GUC | $0.00 |
| | | Total | $1,576,961.72 | Total | $0.00 |