**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>LION RIBBON TEXAS CORP., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90164 (CML)<br><br>(Jointly Administered) |

**CERTIFICATE OF COUNSEL WITH RESPECT TO SUPPLEMENTAL ORDER REGARDING LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION TO CLAIMS (REDUCED, REDUCED & RECLASSIFIED, RECLASSIFIED, BOOKS AND RECORDS, AND NO LIABILITY CLAIMS)**

**(Relates to Docket Nos. 1240, 1263, and 1270)**

1. Pursuant to the *Procedures for Complex Cases in the Southern District of Texas,* the undersigned counsel to Durc Savini, solely in his capacity as liquidating trustee (the "**Liquidating Trustee**") of the IGDGA Chapter 11 Trust (the "**Trust**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby certifies as follows:

2. On May 21, 2026, the Liquidating Trustee filed the *Liquidating Trustee's Fourth Omnibus Objection to Claims (Reduced, Reduced & Reclassified, Reclassified, Books And Records, and No Liability Claims)* [Docket No. 1240] (the "**Fourth Omnibus Objection**")[2], which attached a proposed form of order granting the relief sought therein.

3. Responses to the Fourth Omnibus Objection were to be filed and served no later than 30 days after service of the Fourth Omnibus Objection (the "**Response Deadline**").

---

[1] A complete list of each of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DGA. The Debtors' mailing address for the purposes of these cases is 2015 West Front Street, Berwick, PA 18603.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Fourth Omnibus Objection.

4. On June 19, 2026, the Liquidating Trustee received a formal response from counsel to Omkar Corporation ("**Omkar**") regarding its claims listed on Exhibits 1 and 2 of the proposed order attached to the Objection [Docket No. 1258] (collectively, the "**Adjourned Claims**").

5. The Liquidating Trustee also received informal responses from counsel to DuPont Specialty Products USA, LLC ("**DuPont**") and Flock Tex Inc. ("**Flock Tex**" and, together with Omkar and DuPont, the "**Responding Parties**") regarding their claims on Exhibits 1, 2, and 3, respectively, to the proposed order attached to the Objection (collectively, the "**Resolved Claims**," and, together with the Adjourned Claims, the "**Subject Claims**").

6. On June 24, 2026, the Liquidating Trustee filed a certificate of counsel with respect to the Fourth Omnibus Objection [Docket No. 1263] (the "**Prior Certificate of Counsel**") informing this Court that the Liquidating Trustee was engaged in ongoing discussion with counsel to the Responding Parties concerning each of their responses and underlying Subject Claims and, in light of those discussions, the Liquidating Trustee had determined that the hearing on the Fourth Omnibus Objection, solely as it relates to such Subject Claims, should be adjourned to a date to be determined (but not earlier than July 16, 2026), subject to the Court's availability, and that the deadline for each Responding Party to file any opposition to the Fourth Omnibus regarding its Subject Claims would be extended to July 13, 2026 (subject to the Liquidating Trustee's right to further extend such deadline without further order of the Court).

7. The Liquidating Trustee submitted a revised proposed order with the Prior Certificate of Counsel (together with the exhibits thereto) sustaining the Fourth Omnibus Objection consistent with the foregoing, which the Court entered on July 7, 2026 [Docket No. 1270].

8. Since filing the Prior Certificate of Counsel, the Liquidating Trustee continued to engage in discussions with the Responding Parties and has now reached a resolution with DuPont and Flock Tex regarding their Resolved Claims. Based on the foregoing, the Liquidating Trustee seeks entry of a proposed supplemental order (the "**Proposed Supplemental Order**") sustaining the Fourth Omnibus Objection solely as to the Resolved Claims of DuPont and Flock Tex consistent with the resolutions reached with these parties as reflected in the Proposed Supplemental Order. In addition, the Proposed Supplemental Order would also further adjourn the hearing on the Fourth Omnibus Objection, solely as it relates to the Adjourned Claim of Omkar, to a date to be determined by the Liquidating Trustee, subject to the Court's availability.

9. Wherefore, the Liquidating Trustee respectfully requests that the Court enter the Proposed Supplemental Order attached hereto as **Exhibit A** at its earliest convenience.

[*Remainder of page intentionally left blank*]

Houston, Texas
Dated: August 26, 2026

*/s/ Mark Franke*
**ORRICK HERRINGTON & SUTCLIFFE LLP**
Mark Franke (admitted *pro hac vice*)
Brandon Batzel (admitted *pro hac vice*)
51 West 52nd Street
New York, New York 10019
T: 212.506.5149
mfranke@orrick.com
bbatzel@orrick.com

-and-

Ryan C. Wooten
State Bar No. 24075308
S.D. Tex. Bar No. 1259974
Orrick, Herrington & Sutcliffe LLP
609 Main Street, 40th Floor
Houston, Texas 77002
T: 713.658.6400
rwooten@orrick.com

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen (admitted *pro hac vice*)
David M. Posner (admitted *pro hac vice*)
Eric Chafetz (admitted *pro hac vice*)
Lindsay H. Sklar (S.D. Tex. 3938484)
1251 Avenue of the Americas
New York, New York 10020
T: 212.262.6700
jcohen@lowenstein.com
dposner@lowenstein.com
echafetz@lowenstein.com
lsklar@lowenstein.com

*Co-Counsel for the IGDGA Chapter 11 Liquidating Trust*

**Certificate of Service**

I certify that on August 26, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Mark Franke*
Mark Franke

# <u>Exhibit A</u>

## Proposed Supplemental Order