**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>LION RIBBON TEXAS CORP., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90164 (CML)<br><br>(Jointly Administered) |

**CERTIFICATE OF COUNSEL WITH RESPECT TO LIQUIDATING TRUSTEE'S EIGHTH OMNIBUS OBJECTION TO CLAIMS (REDUCED, REDUCED & RECLASSIFIED, RECLASSIFIED, AND NO LIABILITY CLAIMS)**
**(Relates to Docket No. 1313)**

1. Pursuant to the *Procedures for Complex Cases in the Southern District of Texas,* the undersigned counsel to Durc Savini, solely in his capacity as liquidating trustee (the "**Liquidating Trustee**") of the IGDGA Chapter 11 Trust (the "**Trust**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby certifies as follows:

2. On August 10, 2026, the Liquidating Trustee filed the *Liquidating Trustee's Eighth Omnibus Objection to Claims (Reduced, Reduced & Reclassified, Reclassified, and No Liability Claims)* [Docket No. 1313] (the "**Eighth Omnibus Objection**")[2], which attached a proposed form of order granting the relief sought therein (the "**Proposed Order**").

3. Responses to the Eighth Omnibus Objection were to be filed and served no later than 30 days after service of the Eighth Omnibus Objection (the "**Response Deadline**").

---

[1] A complete list of each of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DGA. The Debtors' mailing address for the purposes of these cases is 2015 West Front Street, Berwick, PA 18603.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Eighth Omnibus Objection.

4. On September 10, 2026, the Liquidating Trustee received a formal response from counsel to Constellation NewEnergy, Inc. (the "**CNE**") regarding its claims listed on Exhibit 2 of the Proposed Order [Docket No. 1339].

5. The Liquidating Trustee also received informal responses from certain parties in interest or their counsel, namely, CAB, as assignee of Ningbo Guangbo Imp. & Exp. Co. Ltd. and CRE8 Direct (Ningbo) Co. Ltd. ("**CAB**"), CRG Financial LLC, as transferee of Just Got 2 Have It Ne Inc. and Jucheng International Trading Co. Ltd. ("**CRG**"), and Paramount Home Collections Private Limited ("**Paramount**"), regarding their claims on Exhibits 2, 3, and/or 4, respectively, to the Proposed Order.

6. Following discussions between the Liquidating Trustee and CRG and Paramount, the Liquidating Trustee agreed to make modifications regarding its objections to (a) CRG's claims set forth on Exhibits 2, 3, and 4 to the Proposed Order, namely, CRG's Claim No. 189, Claim No. 796, and Claim No. 218, and (b) Paramount's claim set forth on Exhibit 3 to the Proposed Order, namely, Paramount's Claim No. 798 (the foregoing claims of CRG and Paramount, collectively, the "**Resolved Claims**").

7. The Liquidating Trustee is engaged in ongoing discussion with CNE and CAB concerning each of their responses and underlying claims on Exhibits 2 and/or 3, respectively, to the Proposed Order (collectively, the "**Adjourned Claims**"). In light of those discussions, the Liquidating Trustee has determined that the hearing on the Eighth Omnibus Objection, solely as it relates to such Adjourned Claims, should be adjourned to a date to be determined by the Liquidating Trustee, subject to the Court's availability. The deadline for CAB to file any response to the Eighth Omnibus regarding its Adjourned Claims will be extended to October 17, 2026

(subject to the Liquidating Trustee's right to further extend such deadline without further order of the Court).

8. The Liquidating Trustee has prepared a revised proposed order (the "**Revised Proposed Order**") sustaining the Eighth Omnibus Objection consistent with the foregoing (including the resolutions reached with respect to the Resolved Claims). The Revised Proposed Order is attached hereto as **Exhibit A**. Attached as **Exhibit B** is a blackline of the Revised Proposed Order showing the revisions compared to the Proposed Order.

9. Wherefore, the Liquidating Trustee respectfully requests that the Court enter the Revised Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

[*Remainder of page intentionally left blank*]

Houston, Texas
Dated: September 18, 2026

*/s/ Mark Franke*
**ORRICK HERRINGTON & SUTCLIFFE LLP**
Mark Franke (admitted *pro hac vice*)
Brandon Batzel (admitted *pro hac vice*)
51 West 52nd Street
New York, New York 10019
T: 212.506.5149
mfranke@orrick.com
bbatzel@orrick.com

-and-

Ryan C. Wooten
State Bar No. 24075308
S.D. Tex. Bar No. 1259974
Orrick, Herrington & Sutcliffe LLP
609 Main Street, 40th Floor
Houston, Texas 77002
T: 713.658.6400
rwooten@orrick.com

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen (admitted *pro hac vice*)
David M. Posner (admitted *pro hac vice*)
Eric Chafetz (admitted *pro hac vice*)
Lindsay H. Sklar (S.D. Tex. 3938484)
1251 Avenue of the Americas
New York, New York 10020
T: 212.262.6700
jcohen@lowenstein.com
dposner@lowenstein.com
echafetz@lowenstein.com
lsklar@lowenstein.com

*Co-Counsel for the IGDGA Chapter 11 Liquidating Trust*

**Certificate of Service**

I certify that on September 18, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Mark Franke*
Mark Franke