**Exhibit B**

**Blackline**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>LION RIBBON TEXAS CORP., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90164 (CML)<br><br>(Jointly Administered) |

**ORDER GRANTING EIGHTH OMNIBUS OBJECTION TO CLAIMS**

Upon the objection (the "**Objection**")[2] of the Liquidating Trustee in the above-captioned Chapter 11 Cases, for entry of an order pursuant to section 502(a) of the Bankruptcy Code, Bankruptcy Rule 3007, Local Bankruptcy Rule 3007-1, and the Objection Procedures Order, reducing, reclassifying, disallowing and/or expunging the Disputed Claims listed on the exhibits annexed to this Order, all as more fully set forth in the Objection; and this Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Objection; and upon any hearing held on the Objection; and all Responses, if any, to the Objection have been

[1] A complete list of each of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DGA. The Debtors' mailing address for the purposes of these cases is 2015 West Front Street, Berwick, PA 18603.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection or the Plan (as defined in the Objection), as applicable.

withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and it appearing that the relief requested in the Objection is in the best interests of the Trust and Liquidating Trust Beneficiaries; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Objection is granted as set forth herein.

2. Each Reduced Claim identified in **Exhibit 1** annexed hereto is reduced for all purposes in the Chapter 11 Cases, and such modifications shall be reflected in the Claims Register.

3. Each Reduced & Reclassified Claim identified in **Exhibit 2** annexed hereto is reduced and reclassified for all purposes in the Chapter 11 Cases, and such reductions and reclassifications shall be reflected on the Claims Register.

4. Each Reclassified Claim identified in **Exhibit 3** annexed hereto is reclassified for all purposes in the Chapter 11 Cases, and such modifications shall be reflected on the Claims Register.

5. Each No Liability Claim identified in **Exhibit 4** annexed hereto is disallowed in its entirety for all purposes in the Chapter 11 Cases and shall be expunged from the Claims Register.

6. Nothing herein shall constitute an admission or finding concerning the amount or validity of any of the surviving claims identified on **Exhibits 1, 2 and 3** attached hereto.

7. Notwithstanding anything in this Order to the contrary, the hearing on the Objection, solely as it related to the claims (collectively, the "**Adjourned Claims**") of Constellation NewEnergy, Inc. (the "**CNE**") and CAB, as assignee of Ningbo Guangbo Imp. & Exp. Co. Ltd. and CRE8 Direct (Ningbo) Co. Ltd. ("**CAB**"), identified on Exhibits 2 and/or 3 of the Proposed Order attached to the Objection, as applicable, is adjourned to a date to be determined by the Liquidating Trustee, subject to the Court's availability. The deadline for CAB to file any response to the Objection regarding its Adjourned Claims will be extended to October 17, 2026 (subject to the Liquidating Trustee's right to further extend such deadline without further order of the Court).

8. ~~7.~~ To the extent that a Response was filed regarding any Disputed Claim, each such Disputed Claim, and the Objection as it pertains to such Disputed Claim, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each Disputed Claim.

9. ~~8.~~ Except as expressly provided otherwise, nothing contained in the Objection or this Order or any payment made pursuant to the authority granted by this Order is intended to be or shall be deemed as (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver of the Liquidating Trustee's or any party in interest's rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver or limitation of the Liquidating Trustee's or any party in interest's rights under the Bankruptcy Code or any other applicable non-bankruptcy law, (iv) a waiver of the obligation of any party in interest to file a proof of claim, (v) an agreement or obligation to pay any prepetition claims, or (vi) a waiver of any Claims or Causes of Action that may exist against any creditor or interest holder.

10. ~~9.~~ The Claims and Noticing Agent is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order, including updating the Claims Register to reflect such relief.

11. ~~10.~~ This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: ____________________, 2026
Houston, Texas

____________________________________
CHRISTOPHER LOPEZ
UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1
## Reduced Claims

| | | | Asserted Claim Amount | | Modified Claim Amount | | |
|---|---|---|---|---|---|---|---|
| **#** | **Name of Claimant** | **Claim Number** | **Claim Nature** | **Claim Amount** | **Claim Nature** | **Claim Amount** | **Reason for Modification** |
| 1 | VACMET INDIA LIMITED | 999 | Secured | $0.00 | Secured | $0.00 | The Claim is reduced to exclude a $70,745 deposit paid by the Debtors and is being held by the claimant. |
| | | | Admin | $0.00 | Admin | $0.00 | |
| | | | 503(b)(9) | $141,133.20 | 503(b)(9) | $70,388.20 | |
| | | | Priority | $0.00 | Priority | $0.00 | |
| | | | GUC | $0.00 | GUC | $0.00 | |
| | | | Total | $141,133.20 | Total | $70,388.20 | |
| 2 | WestRock CP, LLC and affiliates | 642 | Secured | $0.00 | Secured | $0.00 | The Claim is reduced to remove $14,630.14 which amounts are duplicative. |
| | | | Admin | $0.00 | Admin | $0.00 | |
| | | | 503(b)(9) | $15,522.03 | 503(b)(9) | $15,522.03 | |
| | | | Priority | $0.00 | Priority | $0.00 | |
| | | | GUC | $134,172.53 | GUC | $119,542.39 | |
| | | | Total | $149,694.56 | Total | $135,064.42 | |

| | | | | | |
|---|---|---|---|---|---|
| **Total Claims To Be Modified** | 2 | Secured | $0.00 | Secured | $0.00 |
| | | Admin | $0.00 | Admin | $0.00 |
| | | 503(b)(9) | $156,655.23 | 503(b)(9) | $85,910.23 |
| | | Priority | $0.00 | Priority | $0.00 |
| | | GUC | $134,172.53 | GUC | $119,542.39 |
| | | Total | $290,827.76 | Total | $205,452.62 |

Eighth Omnibus Objection

In re: LION RIBBON TEXAS CORP., et al.
Case No. 25-90164 (Jointly Administered)

## Exhibit 2

## Reduced and Reclassified Claims

| # | Name of Claimant | Claim Number | Asserted Claim Amount: Claim Nature | Asserted Claim Amount: Claim Amount | Modified Claim Amount: Claim Nature | Modified Claim Amount: Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| 1 | Aaronica Cole Media, LLC | 373 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$510.70<br>$0.00<br>$510.70 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$8.89<br>$8.89 | According to the Books and Records, the unsecured portion has no legal basis as the claimant does not meet the requirements for unsecured priority status pursuant to 11 U.S.C. §507(a)(4). The Claim is therefore modified to general unsecured. Additionally, the claim asserts liabilities in the amount of $501.81 that have no basis in the Books and Records. |
| 2 | Alicia Dauber dba Licensing Liaison, LLC | 489 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$6,416.24<br>$0.00<br>$6,416.24 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,675.14<br>$2,675.14 | According to the Books and Records, the unsecured portion has no legal basis as the claimant does not meet the requirements for unsecured priority status pursuant to 11 U.S.C. §507(a)(4). The Claim is therefore modified to general unsecured. Additionally, the claim asserts liabilities in the amount of $3,741.10 that have no basis in the Books and Records. |
| ~~3~~ | ~~CAB assignee of Ningbo Guangbo Imp & Exp Co Ltd~~ | ~~449~~ | ~~Secured~~<br>~~Admin~~<br>~~503(b)(9)~~<br>~~Priority~~<br>~~GUC~~<br>~~Total~~ | ~~$0.00~~<br>~~$17,401.98~~<br>~~$7,869.84~~<br>~~$0.00~~<br>~~$15,014.87~~<br>~~$40,286.69~~ | ~~Secured~~<br>~~Admin~~<br>~~503(b)(9)~~<br>~~Priority~~<br>~~GUC~~<br>~~Total~~ | ~~$0.00~~<br>~~$0.00~~<br>~~$0.00~~<br>~~$0.00~~<br>~~$15,964.71~~<br>~~$15,964.71~~ | ~~According to the Books and Records, the portion of the claim asserting 11 USC §507(a)(2) and 11 USC §503(b)(9) priority status have no legal basis as the claim has no basis in the Books and Records except for $949.84, which is reclassified as general unsecured. Additionally, $2,376.48 in invoices included in the claim form have been paid in full by the Debtors, and $24,021.98 is duplicative of claims asserted in claim #377.~~ |
| ~~4~~3 | CRG Financial LLC as Transferee of C & D Waterproofing Corp | 826 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $28,234.00<br>$0.00<br>$0.00<br>$28,234.00<br>$0.00<br>$56,468.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$28,234.00<br>$28,234.00 | According to the Books and Records, the secured portion of the claim is modified to general unsecured since the claimant never filed a valid lien. The portion of the claim asserting priority status pursuant to 11 U.S.C. §507(a)(4) is duplicative of the amount asserted as secured and the Claim is modified to remove this amount. |
| ~~5~~4 | ~~Constellation NewEnergy, Inc.~~Rocket Toys LLC | ~~649~~57 | Secured<br>Admin<br>503(b)(9)<br>Priority<br><br>GUC<br>Total | $0.00<br>$0.00<br>$~~51,877.44~~<br>~~$~~0.00<br>$1,474.64<br>$~~94,300.66~~0.00<br>$~~146,178.10~~1,474.64 | Secured<br>Admin<br>503(b)(9)<br>Priority<br><br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br><br>$~~85,225.83~~1,158.77<br>$~~85,225.83~~1,158.77 | According to the Books and Records, the portion of the claim asserting ~~administrative~~ priority status ~~under~~pursuant to 11 U.S.C. §~~503~~507(~~b~~a)(~~9~~4) has no legal basis ~~as the claim relates to services not goods received. The~~and is reclassified to a general unsecured claim. Additionally, the claim asserts liabilities in the amount of $~~60,952.27~~315.87 that have no basis in the Books and Records. |
| ~~6~~5 | ~~CRG Financial LLC as Transferee of Just Got 2 Have It~~ | ~~189~~570 | Secured<br>Admin<br>503(b)(9) | $0.00<br>$0.00<br>$0.00 | Secured<br>Admin<br>503(b)(9) | $0.00<br>$0.00<br>$0.00 | According to the Books and Records, the ~~portion of the claim~~liability asserting unsecured priority status ~~under~~has no legal basis as the claimant does not meet the requirements for unsecured priority status |

## Exhibit 2

## Reduced and Reclassified Claims



| # | Name of Claimant | Claim Number | Asserted Claim Amount: Claim Nature | Asserted Claim Amount: Claim Amount | Modified Claim Amount: Claim Nature | Modified Claim Amount: Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| | ~~Ne Inc~~SINGLETON-BOLTIK, ELIZABETH | | Priority<br>GUC<br>Total | $~~36,514.58~~2,451.00<br>$0.00<br>$~~36,514.58~~2,451.00 | Priority<br>GUC<br>Total | $0.00<br>$~~32,279.66~~1,502.55<br>$~~32,279.66~~1,502.55 | pursuant to 11 U.S.C. §507(a)~~(4) has no legal basis. The claim~~ and is therefore ~~reclassified as a~~modified to general unsecured ~~claim~~. Additionally, the claim asserts liabilities in the amount of $~~4,234.92~~948.45 that have no basis in the Books and Records. |
| | | | Secured | $0.00 | Secured | $0.00 | |
| ~~7~~ | ~~Rocket Toys LLC~~ | ~~57~~ | ~~Admin~~<br>~~503(b)(9)~~<br>~~Priority~~<br>~~GUC~~<br>~~Total~~ | ~~$0.00~~<br>~~$0.00~~<br>~~$1,474.64~~<br>~~$0.00~~<br>~~$1,474.64~~ | ~~Admin~~<br>~~503(b)(9)~~<br>~~Priority~~<br>~~GUC~~<br>~~Total~~ | ~~$0.00~~<br>~~$0.00~~<br>~~$0.00~~<br>~~$1,158.77~~<br>~~$1,158.77~~ | ~~According to the Books and Records, the portion of the claim asserting priority status pursuant to 11 U.S.C. §507(a)(4) has no legal basis and is reclassified to a general unsecured claim. Additionally, the claim asserts liabilities in the amount of $315.87 that have no basis in the Books and Records.~~ |
| ~~8~~ | ~~SINGLETON-BOLTIK, ELIZABETH~~ | ~~570~~ | ~~Secured~~<br>~~Admin~~<br>~~503(b)(9)~~<br>~~Priority~~<br>~~GUC~~<br>~~Total~~ | ~~$0.00~~<br>~~$0.00~~<br>~~$0.00~~<br>~~$2,451.00~~<br>~~$0.00~~<br>~~$2,451.00~~ | ~~Secured~~<br>~~Admin~~<br>~~503(b)(9)~~<br>~~Priority~~<br>~~GUC~~<br>~~Total~~ | ~~$0.00~~<br>~~$0.00~~<br>~~$0.00~~<br>~~$0.00~~<br>~~$1,502.55~~<br>~~$1,502.55~~ | ~~According to the Books and Records, the liability asserting unsecured priority status has no legal basis as the claimant does not meet the requirements for unsecured priority status pursuant to 11 U.S.C. §507(a) and is therefore modified to general unsecured. Additionally, the claim asserts liabilities in the amount of $948.45 that have no basis in the Books and Records.~~ |
| | | | ~~Secured~~ | ~~$0.00~~ | ~~Secured~~ | ~~$0.00~~ | |
| ~~9~~6 | VACMET AMERICALS LLC | 1023 | Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$62,158.80<br>$0.00<br>$111,274.63<br>$173,433.43 | Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$59,744.60<br>$0.00<br>$112,301.18<br>$172,045.78 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has been reduced by $2,414.20. Additionally, the claim is modified to exclude liabilities in the amount of $1,026.55 which are not supported by the Books and Records. |
| ~~10~~7 | W.W. Grainger, Inc. | 356 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$17,114.01<br>$0.00<br>$0.00<br>$121,617.47<br>$138,731.48 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$124,053.04<br>$124,053.04 | According to the Books and Records, the portion of the claim asserting administrative priority pursuant to 11 U.S.C. §503(b)(9) has no legal basis as the Claim relates to goods received outside of 20 days of the Petition Date. Additionally, the Claim asserts liabilities in the amount of $14,678.44 which do not have a basis in the Books and Records. |
| | **Total Claims To Be Modified** | ~~10~~7 | Secured<br>Admin<br>503(b)(9) | $28,234.00<br>$~~34,515.99~~17,114.01<br>$~~121,906.08~~62,15 | Secured<br>Admin<br>503(b)(9) | $0.00<br>$0.00<br>$59,744.60 | |

**Exhibit 2**

**Reduced and Reclassified Claims**

| | | | |
|---|---|---|---|
| | 8.80 | | |
| Priority | $~~75,601.16~~39,086.58 | Priority | $0.00 |
| GUC | $~~342,207.63~~232,892.10 | GUC | $~~403,403.77~~269,933.57 |
| Total | $~~602,464.86~~379,485.49 | Total | $~~463,148.37~~329,678.17 |

## Exhibit 3

## Reclassified Claim

| | | | Asserted Claim Amount | | Modified Claim Amount | | |
|---|---|---|---|---|---|---|---|
| **#** | **Name of Claimant** | **Claim Number** | **Claim Nature** | **Claim Amount** | **Claim Nature** | **Claim Amount** | **Reason for Modification** |
| 1 | BRADS ELECTRIC INC | 537 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$1,960.00<br>$1,381.33<br>$3,341.33 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$3,341.33<br>$3,341.33 | According to the Books and Records, the portion of the claim asserting unsecured priority status pursuant to 11 U.S.C. §507(a)(4) has no legal basis as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| ~~2~~ | ~~CAB assignee of CRE8 Direct (Ningbo) Co Ltd~~ | ~~481~~ | ~~Secured~~<br>~~Admin~~<br>~~503(b)(9)~~<br>~~Priority~~<br>~~GUC~~<br>~~Total~~ | ~~$0.00~~<br>~~$6,540.00~~<br>~~$6,753.24~~<br>~~$0.00~~<br>~~$98,405.40~~<br>~~$111,698.64~~ | ~~Secured~~<br>~~Admin~~<br>~~503(b)(9)~~<br>~~Priority~~<br>~~GUC~~<br>~~Total~~ | ~~$0.00~~<br>~~$0.00~~<br>~~$0.00~~<br>~~$0.00~~<br>~~$111,698.64~~<br>~~$111,698.64~~ | ~~According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the Debtors do not have any record of receipt of goods within the 20 day period prior to the Petition Date. Additionally, the Books and Records are clear that the invoices relate to goods received prior to the Petition Date and no motion or application for an Administrative Claim was filed. As a result, the claim is reclassified as a General Unsecured Claims.~~ |
| ~~3~~2 | Cards & Gifts NW, LLC | 709 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$6,394.35<br>$0.00<br>$6,394.35 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,394.35<br>$6,394.35 | According to the Books and Records, the portion of the claim asserting unsecured priority status pursuant to 11 U.S.C. §507(a)(4) has no legal basis as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| ~~4~~3 | Century Packaging, Inc. | 170 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$7,235.43<br>$0.00<br>$7,235.43 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,235.43<br>$7,235.43 | According to the Books and Records, the portion of the claim asserting unsecured priority status pursuant to 11 U.S.C. §507(a)(4) has no legal basis as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| ~~5~~4 | CRAWFORD MODELS INC | 496 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$1,080.00<br>$0.00<br>$1,080.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,080.00<br>$1,080.00 | According to the Books and Records, the portion of the claim asserting unsecured priority status pursuant to 11 U.S.C. §507(a)(4) has no legal basis as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| ~~6~~5 | CRG Financial LLC as Transferee of Jucheng International Trading Co Ltd | 796 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$65,149.80<br>$0.00<br>$22,185.68<br>$87,335.48 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$48,862.35<br>$0.00<br>$0.00<br>$~~0.00~~38,473.13<br>~~$87,335.48~~<br>$87,335.48 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the claim relates to goods received outside of 20 day period prior to the Petition Date. |

## Exhibit 3

## Reclassified Claim

| # | Name of Claimant | Claim Number | Asserted Claim Amount: Claim Nature | Asserted Claim Amount: Claim Amount | Modified Claim Amount: Claim Nature | Modified Claim Amount: Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| ~~7~~6 | Fineline Technologies, Inc | 66 | Secured | $0.00 | Secured | $0.00 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the goods were either shipped directly to a third party, or the Debtors do not have any record of receipt within the 20 days prior to the Petition Date. |
| | | | Admin | $0.00 | Admin | $0.00 | |
| | | | 503(b)(9) | $18,363.16 | 503(b)(9) | $0.00 | |
| | | | Priority | $0.00 | Priority | $0.00 | |
| | | | GUC | $880.89 | GUC | $19,244.05 | |
| | | | Total | $19,244.05 | Total | $19,244.05 | |
| ~~8~~7 | Flanery Sales Company Inc | 492 | Secured | $0.00 | Secured | $0.00 | According to the Books and Records, the portion of the claim asserting unsecured priority status pursuant to 11 U.S.C. §507(a)(4) has no legal basis as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| | | | Admin | $0.00 | Admin | $0.00 | |
| | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | Priority | $238.22 | Priority | $0.00 | |
| | | | GUC | $0.00 | GUC | $238.22 | |
| | | | Total | $238.22 | Total | $238.22 | |
| ~~9~~8 | Flanery Sales Company Inc | 493 | Secured | $0.00 | Secured | $0.00 | According to the Books and Records, the portion of the claim asserting unsecured priority status has no legal basis pursuant to 11 U.S.C. §507(a)(4) as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| | | | Admin | $0.00 | Admin | $0.00 | |
| | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | Priority | $561.72 | Priority | $0.00 | |
| | | | GUC | $0.00 | GUC | $561.72 | |
| | | | Total | $561.72 | Total | $561.72 | |
| ~~10~~9 | Flanery Sales Company Inc | 494 | Secured | $0.00 | Secured | $0.00 | According to the Books and Records, the portion of the claim asserting unsecured priority status pursuant to 11 U.S.C. §507(a)(4) has no legal basis as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| | | | Admin | $0.00 | Admin | $0.00 | |
| | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | Priority | $965.80 | Priority | $0.00 | |
| | | | GUC | $0.00 | GUC | $965.80 | |
| | | | Total | $965.80 | Total | $965.80 | |
| ~~11~~10 | FOSHAN CITY NANHAI KEJING LACE CO., LTD | 1065 | Secured | $0.00 | Secured | $0.00 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the claim relates to goods received outside of 20 day period prior to the Petition Date. |
| | | | Admin | $0.00 | Admin | $0.00 | |
| | | | 503(b)(9) | $283,378.67 | 503(b)(9) | $0.00 | |
| | | | Priority | $0.00 | Priority | $0.00 | |
| | | | GUC | $119,092.15 | GUC | $402,470.82 | |
| | | | Total | $402,470.82 | Total | $402,470.82 | |
| ~~12~~11 | J Grob Associates Inc | 491 | Secured | $0.00 | Secured | $0.00 | According to the Books and Records, the portion of the claim asserting unsecured priority status pursuant to 11 U.S.C. §507(a)(4) has no legal basis as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| | | | Admin | $0.00 | Admin | $0.00 | |
| | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | Priority | $3,411.63 | Priority | $0.00 | |
| | | | GUC | $0.00 | GUC | $3,411.63 | |
| | | | Total | $3,411.63 | Total | $3,411.63 | |
| ~~13~~12 | Jim Sirak Northeast Publishers Rep Group | 533 | Secured | $0.00 | Secured | $0.00 | According to the Books and Records, the portion of the claim asserting unsecured priority status pursuant to 11 U.S.C. §507(a)(4) has no legal basis as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| | | | Admin | $0.00 | Admin | $0.00 | |
| | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | Priority | $1,024.91 | Priority | $0.00 | |
| | | | GUC | $0.00 | GUC | $1,024.91 | |
| | | | Total | $1,024.91 | Total | $1,024.91 | |

## Exhibit 3

## Reclassified Claim

| | | | Asserted Claim Amount | | Modified Claim Amount | | |
|---|---|---|---|---|---|---|---|
| # | Name of Claimant | Claim Number | Claim Nature | Claim Amount | Claim Nature | Claim Amount | Reason for Modification |
| ~~14~~13 | Johnson Waters Marketing, Inc. | 16 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$14,512.16<br>$0.00<br>$14,512.16 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$14,512.16<br>$14,512.16 | According to the Books and Records, the portion of the claim asserting unsecured priority status pursuant to 11 U.S.C. §507(a)(4) has no legal basis as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| ~~15~~14 | Johnson Waters Marketing, Inc. | 154 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$10,070.14<br>$0.00<br>$10,070.14 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,070.14<br>$10,070.14 | According to the Books and Records, the portion of the claim asserting unsecured priority status pursuant to 11 U.S.C. §507(a)(4) has no legal basis as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| ~~16~~15 | Johnson Waters Marketing, Inc. | 191 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$709.09<br>$0.00<br>$709.09 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$709.09<br>$709.09 | According to the Books and Records, the portion of the claim asserting unsecured priority status pursuant to 11 U.S.C. §507(a)(4) has no legal basis as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| ~~17~~16 | Market Lane Design, Inc. | 370 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$945.00<br>$0.00<br>$945.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$945.00<br>$945.00 | According to the Books and Records, the portion of the claim asserting unsecured priority status pursuant to 11 U.S.C. §507(a)(4) has no legal basis as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| ~~18~~17 | Novelty Handicrafts Co., Ltd. | 336 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$191,557.38<br>$0.00<br>$0.00<br>$191,557.38 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$191,557.38<br>$191,557.38 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the claim relates to goods received by the Debtors outside of 20 day period prior the Petition Date. |
| ~~19~~18 | Novelty Handicrafts Co., Ltd. | 586 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$14,673.96<br>$0.00<br>$0.00<br>$14,673.96 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$14,673.96<br>$14,673.96 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the goods were not received by the Debtors, but shipped directly to a third party. |
| ~~20~~19 | Novelty Handicrafts Co., Ltd. | 587 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$7,076.16<br>$0.00<br>$0.00<br>$7,076.16 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,076.16<br>$7,076.16 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the goods were not received by the Debtors, but shipped directly to a third party. |

## Exhibit 3

## Reclassified Claim

| # | Name of Claimant | Claim Number | Asserted Claim Amount: Claim Nature | Asserted Claim Amount: Claim Amount | Modified Claim Amount: Claim Nature | Modified Claim Amount: Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| ~~21~~20 | Novelty Handicrafts Co., Ltd. | 588 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$7,507.08<br>$0.00<br>$0.00<br>$7,507.08 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$7,507.08<br>$7,507.08 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the goods were not received by the Debtors, but shipped directly to a third party. |
| ~~22~~21 | Novelty Handicrafts Co., Ltd. | 589 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$9,298.80<br>$0.00<br>$0.00<br>$9,298.80 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$9,298.80<br>$9,298.80 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the goods were not received by the Debtors, but by a third party. |
| ~~23~~22 | Novelty Handicrafts Co., Ltd. | 592 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$10,432.80<br>$0.00<br>$0.00<br>$10,432.80 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$10,432.80<br>$10,432.80 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the goods were not received by the Debtors, but shipped directly to a third party. |
| ~~24~~23 | Paramount Home Collections Private Limited | 798 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$48,706.20<br>$0.00<br>$0.00<br>$48,706.20 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$14,611.86<br>$0.00<br>$0.00<br>$~~0.00~~34,094.34<br>~~$48,706.20~~<br>$48,706.20 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the goods were not received by the Debtors, but shipped directly to a third party. |
| ~~25~~24 | Perfect Search LLC | 109 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$8,525.00<br>$0.00<br>$8,525.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$8,525.00<br>$8,525.00 | According to the Books and Records the portion of the claim asserting unsecured priority status pursuant to 11 U.S.C. §507(a)(4) has no legal basis as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| ~~26~~25 | Pete Garcia Company | 666 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$2,600.07<br>$0.00<br>$0.00<br>$2,600.07 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,600.07<br>$2,600.07 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the goods were not received by the Debtors, but by a third party. |
| ~~27~~26 | Pete Garcia Company | 669 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC | $0.00<br>$0.00<br>$13,004.70<br>$0.00<br>$0.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$13,004.70 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the goods were not received by the Debtors, but by a third party. |

## Exhibit 3

## Reclassified Claim

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Total | $13,004.70 | Total | $13,004.70 | |

| # | Name of Claimant | Claim Number | Asserted Claim Amount: Claim Nature | Asserted Claim Amount: Claim Amount | Modified Claim Amount: Claim Nature | Modified Claim Amount: Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| ~~28~~27 | Pete Garcia Company | 670 | Secured | $0.00 | Secured | $0.00 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the goods were not received by the Debtors, but by a third party. |
| | | | Admin | $0.00 | Admin | $0.00 | |
| | | | 503(b)(9) | $14,982.10 | 503(b)(9) | $0.00 | |
| | | | Priority | $0.00 | Priority | $0.00 | |
| | | | GUC | $0.00 | GUC | $14,982.10 | |
| | | | Total | $14,982.10 | Total | $14,982.10 | |
| ~~29~~28 | Pete Garcia Company | 671 | Secured | $0.00 | Secured | $0.00 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the goods were not received by the Debtors, but shipped directly to a third party. |
| | | | Admin | $0.00 | Admin | $0.00 | |
| | | | 503(b)(9) | $9,555.65 | 503(b)(9) | $0.00 | |
| | | | Priority | $0.00 | Priority | $0.00 | |
| | | | GUC | $0.00 | GUC | $9,555.65 | |
| | | | Total | $9,555.65 | Total | $9,555.65 | |
| ~~30~~29 | Pete Garcia Company | 672 | Secured | $0.00 | Secured | $0.00 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the goods were not received by the Debtors, but shipped directly to a third party. |
| | | | Admin | $0.00 | Admin | $0.00 | |
| | | | 503(b)(9) | $21,856.35 | 503(b)(9) | $0.00 | |
| | | | Priority | $0.00 | Priority | $0.00 | |
| | | | GUC | $0.00 | GUC | $21,856.35 | |
| | | | Total | $21,856.35 | Total | $21,856.35 | |
| ~~31~~30 | Pete Garcia Company | 673 | Secured | $0.00 | Secured | $0.00 | According to the Books and Records, the portion of the claim asserting administrative priority under 11 U.S.C §503(b)(9) has no legal basis as the goods were not received by the Debtors, but shipped directly to a third party. |
| | | | Admin | $0.00 | Admin | $0.00 | |
| | | | 503(b)(9) | $22,208.78 | 503(b)(9) | $0.00 | |
| | | | Priority | $0.00 | Priority | $0.00 | |
| | | | GUC | $0.00 | GUC | $22,208.78 | |
| | | | Total | $22,208.78 | Total | $22,208.78 | |
| ~~32~~31 | Peterson Associates | 511 | Secured | $0.00 | Secured | $0.00 | According to the Books and Records the portion of the claim asserting unsecured priority status pursuant to 11 U.S.C. §507(a)(4) has no legal basis as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| | | | Admin | $0.00 | Admin | $0.00 | |
| | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | Priority | $9,986.21 | Priority | $0.00 | |
| | | | GUC | $0.00 | GUC | $9,986.21 | |
| | | | Total | $9,986.21 | Total | $9,986.21 | |
| ~~33~~32 | Whitten, Kara Jade | 655 | Secured | $0.00 | Secured | $0.00 | According to the Books and Records the portion of the claim asserting unsecured priority status pursuant to 11 U.S.C. §507(a) has no legal basis as the claimant does not meet the requirements for unsecured priority status and should therefore be reclassified as a General Unsecured Claim. |
| | | | Admin | $0.00 | Admin | $0.00 | |
| | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | Priority | $1,848.94 | Priority | $0.00 | |
| | | | GUC | $0.00 | GUC | $1,848.94 | |
| | | | Total | $1,848.94 | Total | $1,848.94 | |

Eighth Omnibus Objection

In re: LION RIBBON TEXAS CORP., et al.
Case No. 25-90164 (Jointly Administered)

**Exhibit 3**

**Reclassified Claim**

| | | | Asserted Claim Amount | | Modified Claim Amount | | |
|---|---|---|---|---|---|---|---|
| **#** | **Name of Claimant** | **Claim Number** | **Claim Nature** | **Claim Amount** | **Claim Nature** | **Claim Amount** | **Reason for Modification** |
| 33 | CRG Financial LLC as Transferee of Just Got 2 Have It Ne Inc | 189 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$36,514.58<br>$0.00<br>$36,514.58 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$36,514.58<br>$36,514.58 | According to the Books and Records, the portion of the claim asserting priority status under 11 U.S.C. §507(a)(4) has no legal basis. The claim is therefore reclassified as a general unsecured claim. |
| 34 | CRG Financial LLC as Transferee of Just Got 2 Have It Ne Inc | 218 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$4,197.28<br>$0.00<br>$4,197.28 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$4,197.28<br>$4,197.28 | According to the Books and Records, the portion of the claim asserting priority status under 11 U.S.C. §507(a)(4) has no legal basis. The claim is therefore reclassified as a general unsecured claim. |

| | | | | | |
|---|---|---|---|---|---|
| **Total Claims To Be Modified** | ~~33~~34 | Secured | $0.00 | Secured | $0.00 |
| | | Admin | $~~6,540.00~~0.00 | Admin | $~~0.00~~63,474.41 |
| | | 503(b)(9) | $~~747,104.90~~740,351.66 | 503(b)(9) | $0.00 |
| | | Priority | $~~69,468.60~~110,180.46 | Priority | $0.00 |
| | | GUC | $~~241,945.45~~143,540.05 | GUC | $~~1,065,058.95~~930,597.96 |
| | | Total | $~~1,065,058.95~~994,072.17 | Total | $~~1,065,058.95~~994,072.37 |

Eighth Omnibus Objection
**Exhibit 4**

In re: LION RIBBON TEXAS CORP., et al.
Case No. 25-90164 (Jointly Administered)

**Books and Records**

| # | Name of Claimant | Claim Number | Asserted Claim Amount: Claim Nature | Asserted Claim Amount: Claim Amount | Modified Claim Amount: Claim Nature | Modified Claim Amount: Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|
| | | | Secured | $0.00 | Secured | $0.00 | |
| | | | Admin | $0.00 | Admin | $0.00 | |
| ~~1~~ | ~~CRG Financial LLC as Transferee of Just Got 2 Have It Ne Inc~~ | ~~218~~ | ~~503(b)(9)~~ | ~~$0.00~~ | ~~503(b)(9)~~ | ~~$0.00~~ | ~~The Claim asserts liabilities that have no basis in the Books and Records.~~ |
| | | | ~~Priority~~ | ~~$4,197.28~~ | ~~Priority~~ | ~~$0.00~~ | |
| | | | ~~GUC~~ | ~~$0.00~~ | ~~GUC~~ | ~~$0.00~~ | |
| | | | ~~Total~~ | ~~$4,197.28~~ | ~~Total~~ | ~~$0.00~~ | |
| | | | ~~Secured~~ | ~~$0.00~~ | ~~Secured~~ | ~~$0.00~~ | |
| | | | ~~Admin~~ | ~~$0.00~~ | ~~Admin~~ | ~~$0.00~~ | |
| ~~2~~1 | Novelty Handicrafts Co., Ltd. | 425 | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | The Claim asserts liabilities that have no basis in the Books and Records. |
| | | | Priority | $0.00 | Priority | $0.00 | |
| | | | GUC | $229,419.00 | GUC | $0.00 | |
| | | | Total | $229,419.00 | Total | $0.00 | |
| | | | Secured | $0.00 | Secured | $0.00 | |
| | | | Admin | $0.00 | Admin | $0.00 | |
| ~~3~~2 | Novelty Handicrafts Co., Ltd. | 444 | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | The Claim asserts liabilities that have no basis in the Books and Records. |
| | | | Priority | $0.00 | Priority | $0.00 | |
| | | | GUC | $7,610.00 | GUC | $0.00 | |
| | | | Total | $7,610.00 | Total | $0.00 | |

| | | | | | |
|---|---|---|---|---|---|
| **Total Claims To Be Modified** | ~~3~~2 | Secured | $0.00 | Secured | $0.00 |
| | | Admin | $0.00 | Admin | $0.00 |
| | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 |
| | | Priority | $~~4,197.28~~0.00 | Priority | $0.00 |
| | | GUC | $237,029.00 | GUC | $0.00 |
| | | Total | $~~241,226.28~~237,029.00 | Total | $0.00 |