**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>LION RIBBON TEXAS CORP., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-90164 (CML)<br><br>(Jointly Administered) |

**CERTIFICATE OF COUNSEL WITH RESPECT TO SUPPLEMENTAL ORDER REGARDING LIQUIDATING TRUSTEE'S SIXTH OMNIBUS OBJECTION TO CLAIMS (REDUCED, REDUCED & RECLASSIFIED, RECLASSIFIED, AND NO LIABILITY CLAIMS)**

**(Relates to Docket Nos. 1279, 1324, and 1328)**

1. Pursuant to the *Procedures for Complex Cases in the Southern District of Texas,* the undersigned counsel to Durc Savini, solely in his capacity as liquidating trustee (the "**Liquidating Trustee**") of the IGDGA Chapter 11 Trust (the "**Trust**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby certifies as follows:

2. On July 20, 2026, the Liquidating Trustee filed the *Liquidating Trustee's Sixth Omnibus Objection to Claims (Reduced, Reduced & Reclassified, Reclassified, and No Liability Claims)* [Docket No. 1279] (the "**Sixth Omnibus Objection**")[2], which attached a proposed form of order granting the relief sought therein (the "**Original Proposed Order**").

3. Responses to the Sixth Omnibus Objection were to be filed and served no later than 30 days after service of the Sixth Omnibus Objection (the "**Response Deadline**").

---

[1] A complete list of each of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/DGA. The Debtors' mailing address for the purposes of these cases is 2015 West Front Street, Berwick, PA 18603.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Sixth Omnibus Objection.

4. On August 7, 2026, the Liquidating Trustee received a formal response from counsel to the State of New Hampshire Department of Revenue Administration (the "**NHDRA**") regarding its claims listed on Exhibit 4 of the Original Proposed Order [Docket No. 1310].

5. On August 19, 2026, the Liquidating Trustee received a formal response from counsel to David Kimbell, Gary Meyer, and Trudi VanHeuveln (the "**401K Claimants**") regarding their claims listed on Exhibit 4 of the Original Proposed Order [Docket No. 1320].

6. The Liquidating Trustee also received informal responses from certain parties in interest or their counsel, namely, the Missouri Department of Revenue (the "**Missouri DOR**"), CRG Financial LLC, as transferee of Wyomissing Corporate Center LP ("**CRG**"), the Ohio Department of Taxation (the "**Ohio DOT**"), and Disney Consumer Products Inc. ("**Disney**" and together with the 401K Claimants, the NHDRA, the Missouri DOR, CRG, and the Ohio DOT, the "**Responding Parties**"), regarding their claims on Exhibits 1 and/or 4, respectively, to the Original Proposed Order.

7. Following discussions between the Liquidating Trustee and the Responding Parties, the Missouri DOR agreed to the basis of the objection to its claims set forth on Exhibit 4 to the Original Proposed Order, and the Liquidating Trustee agreed to withdraw its objections to the claims filed by CRG and the Ohio DOT as set forth on Exhibit 1 to the Original Proposed Order.

8. On August 24, 2026, the Liquidating Trustee filed a certificate of no objection with respect to the Sixth Omnibus Objection [Docket No. 1324] (the "**CNO**") informing this Court that the Liquidating Trustee was engaged in ongoing discussions with the remaining Responding Parties concerning each of their responses and underlying claims, and agreed to adjourn the hearing on the Sixth Omnibus Objection with respect to such claims to date to be determined, subject to the Court's availability.

9. The Liquidating Trustee submitted a revised proposed order with the CNO (together with the exhibits thereto) sustaining the Sixth Omnibus Objection consistent with the foregoing, which the Court entered on August 24, 2026 [Docket No. 1328].

10. Since filing the CNO, the Liquidating Trustee continued to engage in discussions with the remaining Responding Parties and has now reached a resolution with the NHDRA and Disney regarding their claims (the "**Resolved Claims**"). Based on the foregoing, the Liquidating Trustee seeks entry of a proposed supplemental order (the "**Proposed Supplemental Order**") sustaining the Sixth Omnibus Objection as to the Resolved Claims of the NHDRA and Disney with the resolutions reached with these parties as reflected in the Proposed Supplemental Order.

11. In addition, the Liquidating Trustee seeks to further adjourn the hearing on the Sixth Omnibus Objection solely as it relates to the claims of the 401K Claimants to a date to be determined by the Liquidating Trustee, subject to the Court's availability.

12. Wherefore, the Liquidating Trustee respectfully requests that the Court enter the Proposed Supplemental Order attached hereto as **Exhibit A** at its earliest convenience.

[*Remainder of page intentionally left blank*]

Houston, Texas
Dated: November 3, 2026

*/s/ Mark Franke*
**ORRICK HERRINGTON & SUTCLIFFE LLP**
Mark Franke (admitted *pro hac vice*)
Brandon Batzel (admitted *pro hac vice*)
51 West 52nd Street
New York, New York 10019
T: 212.506.5149
mfranke@orrick.com
bbatzel@orrick.com

-and-

Ryan C. Wooten
State Bar No. 24075308
S.D. Tex. Bar No. 1259974
Orrick, Herrington & Sutcliffe LLP
609 Main Street, 40th Floor
Houston, Texas 77002
T: 713.658.6400
rwooten@orrick.com

**LOWENSTEIN SANDLER LLP**
Jeffrey L. Cohen (admitted *pro hac vice*)
David M. Posner (admitted *pro hac vice*)
Eric Chafetz (admitted *pro hac vice*)
Lindsay H. Sklar (S.D. Tex. 3938484)
1251 Avenue of the Americas
New York, New York 10020
T: 212.262.6700
jcohen@lowenstein.com
dposner@lowenstein.com
echafetz@lowenstein.com
lsklar@lowenstein.com

*Co-Counsel for the IGDGA Chapter 11 Liquidating Trust*

**Certificate of Service**

I certify that on November 3, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Mark Franke*
Mark Franke

**Exhibit A**

**Proposed Supplemental Order**